AARONS WARD, APC
Martin I. Aarons, Bar No. 233879
martin@aaronsward.com
Shannon H.P. Ward, Bar No. 308280
shannon@aaronsward.com
23801 Calabasas Road Suite 2001
Calabasas CA 91302
Telephone:   818-794-7100
Facsimile:   818-302-2072

Attorneys for Plaintiff, Vincent Liu

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT LIU, an individual<br><br>Plaintiff,<br><br>vs.<br><br>PERSIMMONY INTERNATIONAL INC. and DOES 1 through 10, inclusive<br><br>Defendant. | Case No.: 8:23-cv-00650-FWS-ADS<br><br>**Notice of Settlement and Request for Dismissal**<br><br>Judge:  Honorable Fred W. Slaughter |

**TO THE COURT AND TO ALL COUNSEL HEREIN:**

**PLEASE TAKE NOTICE** that the Parties have reached a full and final settlement. More, Pursuant to FRCP 41 the Parties stipulate that the case may be dismissed, each side to bear its own fees and costs.

_____
Martin I. Aarons
Shannon H.P. Ward
Attorneys for Plaintiff
VINCENT LIU

*Geoffrey M. Thorne /s/*
_____
Geoffrey M. Thorne
Attorney for Defendant
PERSIMMONY INTERNATIONAL INC.

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action. My business address is: 23801 Calabasas Road, Suite 2001, Calabasas CA, 91302.

On August 23, 2024, I served the foregoing document titled: **Notice of Settlement and Request for Dismissal in** the following parties in this action by the following means:

| | |
|---|---|
| Geoffrey M. Thorne<br>Higgs Fletcher & Mack LLP<br>401 West A Street, Suite 2600<br>San Diego, CA 92101<br>Phone    (619) 236.1551<br>Fax        (619) 696.1410<br>Email      thorneg@higgslaw.com | Counsel for Defendants |

[ ]    **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Calabasas, California to the address listed above.

[ ]    **BY PERSONAL SERVICE:** I caused the service of such document to be personally delivered to addressee(s).

[X]    **SERVICE BY ELECTRONICALLY FILED DOCUMENTS**. Pursuant to Local Rule *L.R. 5-3.3* upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the FRCP and Criminal Procedure for all attorneys who have consented to electronic service.

[X]    I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2024 at Calabasas, CA

Martin I. Aarons